374 A.2d 717

Estey Corporation v. Navarro Corporation, et al., Appellants.

Argued April 14, 1977. Andrew L. Weil, for appellant at Nos. 27, 28, and 29; Edward J. Van Allen, for appellant at Nos. 54, 55, and 56; Jack W. Plowman and Frank J. Kernan, for appellee.

Orders affirmed.

PRICE, J., dissents.

VAN der VOORT, J., absent.